**[J-21-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 1 WAP 2015 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court entered June 5, 2014 at No. 677 |
| | : | WDA 2011, affirming the Judgment of |
| v. | : | Sentence of the Court of Common |
| | : | Pleas of Allegheny County entered |
| | : | March 16, 2011 at No. CP-02-CR- |
| ROLAND A. SPOTTI, JR., | : | 0010771-2009. |
| | : | |
| Appellant | : | ARGUED:  October 6, 2015 |
| | : | RESUBMITTED:  January 20, 2016 |

**ORDER**

**PER CURIAM**

AND NOW, this 16th day of February, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Mr. Justice Eakin, Madam Justice Donohue and Mr. Justice Wecht did not participate in the consideration or decision of this case.